1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  RUDY REYNA,                                    )   NO. SA CV 08-1120 SJO (FMO)
                                                   )
12                    Petitioner,                  )
                                                   )   **ORDER ADOPTING FINDINGS,**
13           v.                                    )   **CONCLUSIONS AND RECOMMENDATIONS**
                                                   )   **OF UNITED STATES MAGISTRATE JUDGE**
14  ANTHONY HEDGPETH, Warden,                      )
                                                   )
15                    Respondent.                  )
                                                   )
16  ——————————————————————————

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein,

18  the Magistrate Judge's Report and Recommendation, and the Objections to the Report and

19  Recommendation.  Having made a <u>de novo</u> determination of the portions of the Report and

20  Recommendation to which the Objections were directed, the Court concurs with and adopts the

21  findings and conclusions of the Magistrate Judge.  Accordingly, IT IS ORDERED THAT:

22          1.      Judgment shall be entered dismissing the action with prejudice.

23          2.      The Clerk shall serve copies of this Order and the Judgment herein on the parties.

24  DATED: April 29, 2009.

25

26                                                          ————————————————————

27                                                                    S. JAMES OTERO
                                                            UNITED STATES DISTRICT JUDGE

28