# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY REYNA, | NO. SA CV 08-1120 SJO (FMO) |
|     Petitioner, | |
| v. | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 29, 2009.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE